Mark Punzalan (State Bar No. 247599)
mark@chanpunzalan.com
Ashley Ayad (State Bar No. 328727)
ashley@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150

*Counsel for Defendant C. Overaa & Co.*

Chad R. Bowman (*pro hac vice*)
bowmanchad@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC  20006-1157
Telephone: 202.661.2200
Facsimile: 202.661.2299

Elizabeth L. Schilken (State Bar No. 241231)
schilkene@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone:  424-204-4400
Facsimile:  424-204-4350

*Counsel for Plaintiff Providence Publications, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENCE PUBLICATIONS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>C. OVERAA & CO., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:21-cv-04673-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Providence Publications, LLC ("Plaintiff") and Defendant C. Overaa & Co. ("Defendant"), through their attorneys of record, hereby stipulate to the dismissal with prejudice of Plaintiff's entire action, with each party to bear its own costs and attorneys' fees.

Dated: February 23, 2022                /s/ Ashley Ayad
                                        Mark Punzalan (State Bar No. 247599)
                                        Email: mark@chanpunzalan.com
                                        Ashley Ayad (State Bar No. 328727)
                                        Email: ashley@chanpunzalan.com
                                        CHAN PUNZALAN LLP
                                        22 Battery St., Suite 401
                                        San Francisco, CA 94111
                                        Telephone: 650.362.4150
                                        Facsimile: 650.362.4151

                                        *Counsel for Defendant C. Overaa & Co.*

Dated: February 23, 2022                /s/ Chad R. Bowman
                                        Chad R. Bowman
                                        Email: bowmanchad@ballardspahr.com
                                        BALLARD SPAHR LLP
                                        1909 K Street, NW, 12th Floor
                                        Washington, DC  20006-1157
                                        Telephone: 202.661.2200
                                        Facsimile: 202.661.2299

                                        *Counsel for Plaintiff Providence Publications, LLC*

Date: February 28, 2022

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
CASE NO. 3:21-CV-04673
STIPULATION FOR DISMISSAL WITH PREJUDICE